# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 9, 2014

Rehearing No. 595

146523-4(69)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

SCHUYLER DION CHENAULT,
        Defendant-Appellant.
_____/

SC: 146523-4
COA: 309384; 310456
Oakland CC: 2008-222726-FC

On order of the Court, the motion for rehearing is considered, and it is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 9, 2014

